UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MUSTAFA HUSSEIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:14-CV-1410-JAR |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AGREEMENT

Parties acknowledge and agree that the media and members of the public have a right to record public events without abridgement unless it obstructs the activity or threatens the safety of others, or physically interferes with the ability of law enforcement officers to perform their duties.

_____
Plaintiff

_____ 33143 MO
St. Louis County, Missouri

_____ 39593MO
City of Ferguson, Missouri

_____ 33861 MO
Superintendent of the Missouri Highway Patrol

Dated this _15th_ day of August, 2014.