IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA HUSSEIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.  4:14cv1410 JAR ) ) |
| COUNTY OF ST. LOUIS, MISSOURI, et al., | ) ) |
| Defendants. | ) ) ) |

## ORDER

On his oral motion, Plaintiff's Motion to Withdraw his Motion for Temporary Restraining Order is **GRANTED**.

_____
ATTORNEY FOR PLAINTIFF MUSTAFA HUSSEIN

SO ORDERED.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 15th day of August, 2014.