UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
JUDGE JOHN A. ROSS
COURTROOM PROCEEDING 12 NORTH
COURTROOM MINUTE SHEET CIVIL


CASE NO.   **4:14CV1410 JAR**

**Hussein v. St. Louis, Missouri, County of, et al**

DATE:   **August 15, 2014**

Court Reporter:   **Lisa Paczkowski   (FTR Gold)**

Deputy Clerk:   **Andrea Luisetti**

Attorney for Plaintiff:   **Anthony Rothert, Grant Doty**

Attorney for Defendants:   **Bob Issaacson, Jim Layton (phone), Stephanie Karr, Brian Malone, Keith Cheung, Patricia Redington**

**(X) Parties present for hearing on:**

Motion for Temporary Restraining Order. Arguments heard. Parties reach agreement. Agreement executed. Plaintiff makes oral motion to withdraw his Motion for Temporary Restraining Order. Motion granted. Written Order to follow.


Proceeding Commenced:   **4:40 p.m.**
Proceeding Concluded:   **5:35 p.m.**