UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA HUSSEIN,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| vs.     ) | Case No. 4:14-CV-1410 JAR |
| ) | |
| COUNTY OF ST. LOUIS, MISSOURI, et al.,     ) | |
| ) | |
| Defendants.     ) | |

## MEMORANDUM AND ORDER

On March 6, 2015, Plaintiff filed a Motion for Order to Show Cause requesting the Court order Defendant City of Ferguson, Missouri, to show cause why it should not be held in contempt for failing to comply with the consent judgment entered herein on November 21, 2014. (Doc. No. 41) The Court did not issue a show cause order at that time. The City of Ferguson filed its Response in Opposition to Plaintiff's Motion on March 12, 2015 (Doc. No. 43) and Plaintiff filed his Reply on March 19, 2015. (Doc. No. 44) Plaintiff has now moved for leave to supplement his Motion for Order to Show Cause with declarations and video recordings documenting the City's arrest and detention of Scott Kampas for recording the arrest of a protestor. (Doc. No. 45) The Court will grant Plaintiff leave to supplement his motion. Further, in light of the supplemental evidence submitted by Plaintiff, the Court will grant his motion for a show cause order and direct the City of Ferguson to file a response thereto.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Supplement Plaintiff's Motion for Order to Show Cause Why Defendant City of Ferguson, Missouri, Should not be Held in Contempt for Failing to Comply with Consent Judgment [45] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Order to Show Cause [41] is **GRANTED**. Defendant City of Ferguson, Missouri shall show cause in writing, within ten (10) days of the date of this Order, why this matter should not be set for a hearing on whether it should be held in contempt for failing to comply with the November 21, 2014 consent judgment.

Dated this 27th day of April, 2015.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**