STATE OF MISSOURI   )
                    ) SS
COUNTY OF ST. LOUIS )
                    )
CITY OF FERGUSON    )


I, Megan Asikainen, City Clerk of the City of Ferguson, St. Louis County, Missouri, do hereby certify that the attached constitutes a full, true and correct copy of Ferguson's Municipal Code of the City of Ferguson, Missouri, Section 29-94, Disorderly conduct, passed by the City Council and in full force and effect as noted.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Official Seal of the City of Ferguson, St. Louis County, Missouri, this 30th day of April, 2015.

Megan Asikainen, City Clerk
City of Ferguson, Missouri

SEAL:



**Sec. 29-94. Disorderly conduct.**

Any person who shall do or engage in any of the following shall be guilty of the offense of disorderly conduct:

(1) Any person who shall act in a violent or tumultuous manner toward another whereby any person is placed in danger of safety of his/her life, limb or health.

(2) Any person who shall act in a violent or tumultuous manner toward another, whereby public property or property of any other person is placed in danger of being destroyed or damaged.

(3) Any person who shall endanger lawful pursuits of another by acts of violence or threats of bodily harm.

(4) Any person who shall cause, provoke or engage in any fight, brawl or riotous conduct so as to endanger the life, limb, health or property of another or public property.

(5) Any person who shall assemble or congregate with another or others and cause, provoke or engage in any fight or brawl.

(6) Any person who shall assemble in bodies or in crowds and engage in unlawful activities.

(7) Any person who shall frequent any public place and obtain money from another by an illegal and fraudulent scheme, trick, artifice or device, or attempt to do so.

(8) Any person, while in a public place, who utters in a loud, abusive or threatening manner, any obscene words, epithets or similar abusive language. Words merely causing displeasure or annoyance are not prohibited.

(9) Any person who shall use fight provoking words directed to another person.

(10) Any person who shall assemble or congregate with another or others and do bodily harm to another.

(11) Any person who shall congregate with another or others in or on any public way so as to halt the flow of vehicular or pedestrian traffic and refuses to clear such public way when ordered to do so by a law enforcement officer or other person having authority.

(12) Any person who damages, befouls or disturbs public property or the property of another so as to create a hazardous, unhealthy or physically offensive condition.

(13) Any person who, either purposefully or while in an intoxicated or drugged condition, causes inconvenience to another person or persons in a public place or on private property of another without consent by unreasonably and physically obstructing vehicular or pedestrian traffic or the free ingress or egress to or from the public or private place.

(Ord. No. 2013-3524, § 1, 5-28-13)

**Sec. 29-95. Parental neglect.**

(a) *Truancy.* No parent, guardian, or other person in this city having charge, control or custody of a child from the ages of seven (7) to seventeen (17) years of age shall, without excuse or exemption, knowingly permit said child to absent her/himself from attendance at a public, private, parochial, parish or home school on such dates, and during such hours, as the school may be regularly in session.

Such parent, guardian, or other person shall be deemed to have knowledge of a child's unexcused absence from school after having received notification, as provided for in this subsection, of same from a police officer or school representative.

The written notice described in this subsection may be served by leaving a copy thereof at the residence of such parent, guardian or person in charge of the person in violation of this section with any person found at such residence over the age of seventeen (17) years or by mailing such notice to the last known address of such parent, guardian or person in charge of such person, wherever such person may be found.

(b) *Parental neglect prohibited.* No parent shall knowingly permit, encourage, aid or cause a minor under the age of seventeen (17) years to commit a criminal act or engage in any conduct which could be injurious to the minor's morals or health. No parent shall fail to exercise customary and effective control over a minor so as to allow, contribute to, cause or tend to cause a minor to commit a criminal act.

In addition to any other penalty provided under this Code, the court may, as a condition of any probation granted to any parent found guilty of violating this section, order the defendant to make restitution to any person who has been damaged by the misconduct of the minor in any amount deemed reasonable by the court.
(Ord. No. 2013-3525, § 1, 5-28-13)

**Secs. 29-96—29-105. Reserved.**

## ARTICLE VI. OFFENSES AGAINST PUBLIC SAFETY*

### DIVISION 1. GENERALLY

**Sec. 29-106. Restrictions on sale or use of fireworks.**

(a) No person shall within the city sell, offer for sale, expose for sale, use, discharge or explode any form of fireworks, except in strict conformance with the terms of Article 27 of the 1984 BOCA Basic/National Fire Prevention Code, adopted in section 17-56.

---

*Cross references—Alcoholic beverages generally, Ch. 4; driving while intoxicated, driving with excessive blood alcohol content, § 44-106 et seq.
**State law reference**—Public safety offenses, RSMo Ch. 577.