IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Mustafa Hussein, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 4: 14-CV-1410 JAR |
| vs. ) | |
| ) | |
| County of St. Louis, Missouri, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO FILE DOCUMENTS UNDER SEAL

COMES NOW Defendant City of Ferguson, by and through counsel, and requests the Court authorize the filing of certain attachments under seal. Defendant filed on May 6, 2015, its Response to the Court's April 27, 2015 Memorandum and Order. Two attachments to such filing contain information that is highly confidential, namely the Complaint of violation 29-94 and the Bond/Summons. Counsel for Plaintiff has conferred with counsel for Defendant and counsel for Plaintiff consents to the filing of these attachments under seal.

CURTIS, HEINZ, GARRETT & O'KEEFE., P.C.

/s/ Carl J. Lumley
CARL J. LUMLEY, #32869MO
STEPHANIE E. KARR, #39593MO
130 S. Bemiston, Suite 200
St. Louis, Missouri 63105
(314) 725-8788
(314) 725-8789
clumley@chgolaw.net
skarr@chgolaw.net

Attorneys for Defendant City of Ferguson, Missouri

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 7th day of May, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record in this matter. I further certify that a copy of this filing was sent by United States Mail, postage prepaid, and email to counsel of record that are not registered to use the CM/ECF system.

                                              /s/ Carl J. Lumley
                                              Carl J. Lumley