UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MUSTAFA HUSSEIN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:14-cv-1410-JAR |
| ) | |
| COUNTY OF ST. LOUIS, et al., ) | |
| ) | |
|    Defendant. ) | |

## ORDER

This matter is before the Court upon movant Cachet Currie's ("Currie") Motion for Order to Show Cause (Doc. No. 60). Currie also filed a Motion to Stay (Doc. No. 71), in which she represented that the parties' investigations and discussions are ongoing.

**IT IS HEREBY ORDERED** that the parties shall provide the Court with a status update no later than **February 12, 2016**. Should the parties fail to provide an update, the Court will rule on all pending matters.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 13th day of January, 2016.